# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IBRAHIYM NAADIR MUHAMMAD, Petitioner, | : : : | CIVIL ACTION |
| v. | : : | NO. 17-cv-2504 |
| CATHY BRITTAIN, et al., Respondents. | : : : | |

FILED OCT 17 2018
KATE BARKMAN, Clerk
By_____ : ____Dep. Clerk

## ORDER

AND NOW, this 17th day of October, 2018, upon careful and independent consideration of the petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254, and after review of the Report and Recommendation of United States Magistrate Judge Lynne A. Sitarski, IT IS ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED.

2. The petition for a writ for habeas corpus filed pursuant to 28 U.S.C. § 2254 is DENIED.

3. There is no basis for the issuance of a certificate of appealability.

BY THE COURT:

_____
C. DARNELL JONES,           J.

ENT'D OCT 18 2018